# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00418-CV

### Touch Tell, Inc., Appellant

### v.

### Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, Appellees

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-006141, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Touch Tell, Inc. has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Appellant's Motion

Filed:   July 10, 2019